IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:24CR49** |
| vs. | | |
| DAMIEN WELLS, | | **ORDER** |
| Defendant. | | |

The Government's Motion to Extend Time to Respond to Defendant's Motions to Suppress (Filing No. 81) is granted. Accordingly,

**IT IS ORDERED:**

1. On or before **April 14, 2025**, the government shall file its brief in opposition to the defendant's motions. See NECrimR 12.3(c).

2. On or before **April 21, 2025**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **April 28, 2025**, the parties shall deliver to the undersigned's chambers via email to carson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing set for April 21, 2025, at 10:00 a.m. is continued to **May 5, 2025, at 11:00 a.m.** before the undersigned magistrate judge. The parties will use Restricted Order [78] for conference connection instructions.

5. No further extensions will be granted.

Dated this 31st day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge