IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAMIEN WELLS,<br><br>    Defendant. | 8:24CR49<br><br>ORDER |

  This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 109). Following a hearing before Magistrate Judge Carson regarding continued representation of the defendant, Counsel requests a continuance to adequately prepare for trial. For good cause shown,

  IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 109) is granted as follows:

1.  The jury trial now set for October 14, 2025, is continued to **November 17, 2025.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 17, 2025,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  No further continuances will be granted.

Dated the 30th day of September 2025.

                BY THE COURT:

                Robert F. Rossiter, Jr.
                Chief United States District Judge