IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:24CR49** |
| v. | |
| DAMIEN WELLS, | **ORDER** |
| Defendant. | |

Due to the Interlocutory Appeal (Filing No. [135]) filed on November 14, 2025, the jury trial in this matter shall be continued.

IT IS ORDERED:

1. The jury trial now set for November 17, 2025, is postponed.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and the new trial date,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(C) and under 18 U.S.C. § 3161(h)(7)(A), due to the defendant's lack of cooperation and disruptive behavior which led to the pending interlocutory appeal raising attorney representation issues.

3. This matter will be rescheduled for trial upon the resolution of the interlocutory appeal by the Eighth Circuit Court of Appeals.

Dated the 17th day of November 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge