IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:24CR49** |
| v. | | |
| DAMIEN WELLS, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on defendant's Unopposed Motion to Continue Trial and Request for Hearing (Filing No. 165) and government's Supplemental Motion to Continue (Filing No. 166). Defendant has requested a rehearing *en banc* to the Eighth Circuit Court of Appeals and the government's witness will be out of the country. For good cause shown,

IT IS ORDERED that defendant's Unopposed Motion to Continue Trial (Filing No. 165) and government's Supplemental Motion to Continue (Filing No. 166) are granted as follows:

1.    The jury trial now set for February 9, 2026, is continued to **March 10, 2026.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 10, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 6th day of February 2026.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge