IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:24CR49** |
| v. | | |
| DAMIEN WELLS, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on defendant's Unopposed Motion to Continue Trial and Request for Hearing (Filing No. 169). Counsel has informed the Court that he will be filing a writ of certiorari to the United States Supreme Court shortly and requests a continuance of the trial. The government has no objection. For good cause shown,

IT IS ORDERED that defendant's Unopposed Motion to Continue Trial (Filing No. 169) is granted as follows:

1.    The jury trial now set for March 10, 2026, is continued to **April 20, 2026.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 20, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 3rd day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge