IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>DAMIEN WELLS,<br><br>          Defendant. | **8:24CR49**<br><br><br>**ORDER** |

This matter is before the Court on the motion of Damien Wells ("Wells"), through his court-appointed counsel, to continue trial (Filing No. 181). That motion is unopposed.

The jury trial is now set for July 20, 2026. On July 9, 2026, United States Magistrate Judge Ryan C. Carson met with counsel of record to discuss that status of this matter. Wells's counsel, Richard H. McWilliams ("McWilliams") noted that the United States Supreme Court had yet to rule on his pending Petition for Writ of Certiorari ("Petition").[1] Given the extraordinary nature of this case and delays in advancing the matter to trial, the Court will grant the motion as follows:

1.     The jury trial now set for July 20, 2026 is cancelled.

2.     The matter is removed from the Court's trial list and will be set for trial or an appropriate hearing as soon as possible after the notification of disposition by the United States Supreme Court.

3.     In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and the setting of trial,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant the continuance would deny counsel the reasonable time

---

[1] McWilliams filed a Writ of Mandamus seeking permission to withdraw from representing Wells. That writ was denied by the Eighth Circuit Court of Appeals (Filing No. 161) and McWilliams sought review by way of the pending Petition.

necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 14th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge